# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**DOROTHEA MCCLINTON,**

        Plaintiff,

        V.        CASE NUMBER: **07-C-465**

**ASSURANT, INC.,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that judgment is entered in favor of the defendant and against the plaintiff.**

**The defendant's motion for summary judgment is Granted on the plaintiff's allegations that the defendant violated the Employee Retirement Income Security Act of 1974 by denying plaintiff her disability rights.**

**This action is hereby DISMISSED.**

    **June 19, 2008**                                  **JON W. SANFILIPPO**
Date                                                     Clerk

                                                         s/ Linda M. Zik
                                                        (By) Deputy Clerk